# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> vs.<br><br>CHAD M. FALGOUST,<br><br>    Defendant. | 3:11-PO-010-JDR<br>2588496/AL12<br><br>**ORDER GRANTING<br>MOTION TO DISMISS**<br><br>(Docket No. 2) |

    IT IS HEREBY ORDERED that, pursuant to the Government's Motion filed at Docket 2 in the above captioned matter to dismiss is hereby granted. It is further ordered that the trial by court scheduled for March 10, 2011 at 3:30 PM is hereby vacated.

    DATED this 3rd day of March, 2011, at Anchorage, Alaska.

                     /s/ John D. Roberts
                     JOHN D. ROBERTS
                     United States Magistrate Judge